**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of E. O., a Child

Appellate case number:   01-19-00207-CV

Trial court case number: 93697-F

Trial court:                     300th District Court of Brazoria County

Appellant has filed an accelerated appeal from an alleged order signed by the associate judge on March 21, 2019. The clerk's record was filed on April 1, 2019 and contained no final judgment. On April 4, 2019, appellant filed a motion to abate the appeal to allow the trial court to sign a final judgment.

When an appellant files a premature notice of appeal, the Court may "allow an appealed order to be modified so as to be made final." TEX. R. APP. P. 27.2. If the trial court signs a final judgment, the prematurely-filed notice of appeal will be deemed filed on the day of, but after the signing of the final judgment. *See* TEX. R. APP. P. 27/1(a).

Accordingly, we **grant** appellant's motion and order the appeal **abated for 30 days** to allow the trial court to sign a final judgment. Once a final judgment is signed, appellant shall ensure that a supplemental clerk's record containing the final judgment is filed with this Court immediately. If no final judgment is signed within 30 days, the Court may dismiss the appeal for lack of jurisdiction.

It is so ORDERED.

Judge's signature: ____/s/ Justice Richard Hightower_____
                            ☒ Acting individually     ☐ Acting for the Court

Date:  __May 7, 2019_____